**No. 54598.**—Empire Wool Company *v.* United States, protest 157617–K (Bridgeport).

Opinion by COLE, J.  In accordance with stipulation of counsel that the merchandise consists of wool flocks the same in all material respects as those the subject of *Walker Services* v. *United States* (24 Cust. Ct. 190, C. D. 1230), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 9, 1950

**No. 54599.**—Marianao Sugar Trading Corporation *v.* United States, protest 158778–K (New York).

Opinion by EKWALL, J.  An examination of the record failing to disclose anything that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

AUGUST 10, 1950

**No. 54600.**—Perfection Import & Export Co. *v.* United States, protest 130672–K.— Plaintiff's application for rehearing denied.

BEFORE THE SECOND DIVISION, AUGUST 14, 1950

**No. 54601.**—W. C. Mackay, Special Administrator of the Estate of W. F. Mackay, Deceased *v.* United States, petition 6694–R (Pembina).

Opinion by LAWRENCE, J.  The record disclosed that the Christmas trees were invoiced and entered at a price of $1.25 per bale.  Petitioner was later informed by the appraiser that the correct value should have been 50 cents per bale and petitioner accordingly amended the entries.  The merchandise was appraised as entered but it subsequently developed that the value of 50 cents per bale was incorrect.  The collector filed an appeal for reappraisement, and upon the hearing of said appeal, a value of 71.09 cents per bale was found to be the correct dutiable value.  Upon the record presented the court was satisfied that there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.  The petition was therefore granted.